```
 1  Teresa S. Renaker – CA State Bar No. 187800
    Claire Kennedy-Wilkins – CA State Bar No. 231897
 2  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
    1330 Broadway, Suite 1800
 3  Oakland, CA  94612
    Telephone: (510) 839-6824
 4  Facsimile: (510) 839-7839
    trenaker@lewisfeinberg.com
 5  ckwilkins@lewisfeinberg.com

 6  Attorneys for Plaintiff

 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    ALI J. FARHAT,                              )
12                                              )
                     Plaintiff,                 )  Case No. C05-00797 PJH
13                                              )
          vs.                                   )
14                                              )  STIPULATION AND [PROPOSED]
    HARTFORD LIFE AND ACCIDENT                  )  ORDER SELECTING ADR PROCESS
15  INSURANCE CO. and                           )
    PRICEWATERHOUSECOOPERS HEALTH               )
16  AND WELFARE BENEFIT PLAN,                   )
                                                )
17                   Defendants.

18  ────────────────────────────────

19
         Counsel report that they have met and conferred regarding ADR and have reached the
20
    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
21
         The parties agree to participate in Court sponsored mediation.
22

23
    Dated: June 16, 2005                           Respectfully submitted,
24
                                                   LEWIS, FEINBERG,
25                                                 RENAKER & JACKSON, P.C.

26                                          By:   /s/ C. Kennedy
                                                   Claire Kennedy-Wilkins
27
                                                   Attorneys for Plaintiff
28
```

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS [CASE NO. C05-00797 PJH]        Page 1

1                     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Michelle McIsaac
Attorneys for Defendants

## ORDER

Pursuant to the stipulation above, this matter is hereby referred to Court sponsored mediation.

IT IS SO ORDERED.

Dated: 6/21/05

_____
United States District Judge

[S:\Cases\Farhat 04-42\Pleadings\ADR stip.wpd]