**United States District Court**
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI J. FARHAT,

        Plaintiff,

        v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
PRICEWATERHOUSECOOPERS
HEALTH AND WELFARE
BENEFIT PLAN,

        Defendants.
_____/

No. C 05-0797 PJH

**SEALING ORDER PURSUANT
TO CIVIL L.R. 79-5**

        This court's unredacted order shall be placed under seal pursuant to Civil L.R. 79-5, and therefore, not made part of the public record. A redacted version of the order shall be made available on ECF.

        **IT IS SO ORDERED.**

Dated: November 14, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge