| | |
|---|---|
| 1 | LEWIS, FEINBERG, RENAKER & JACKSON, P.C. |
|  | TERESA S. RENAKER  Bar No. 187800 |
| 2 | CLAIRE KENNEDY-WILKINS  Bar No. 231897 |
|  | 1330 Broadway, Suite 1800 |
| 3 | Oakland, CA 94612 |
|  | Telephone: (510) 839-6824 |
| 4 | Facsimile: (510) 839-7839 |
| 5 | Attorneys for Plaintiff |
|  | ALI J. FARHAT |
| 6 | |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|  | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 8 | DENNIS G. ROLSTAD  Bar No. 150006 |
|  | One Embarcadero Center, 16th Floor |
| 9 | San Francisco, California 94111-3628 |
|  | Telephone: (415) 781-7900 |
| 10 | Facsimile: (415) 781-2635 |
| 11 | Attorneys for Defendants |
|  | HARTFORD LIFE AND ACCIDENT INSURANCE |
| 12 | COMPANY and PRICEWATERHOUSECOOPERS |
|  | HEALTH AND WELFARE BENEFIT PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI J. FARHAT, | CASE NO. C05-00797 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING AND CONSOLIDATING PARTIES' SUMMARY JUDGMENT MOTIONS TO MAY 24, 2006** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and PRICEWATERHOUSECOOPERS HEALTH AND WELFARE BENEFIT PLAN, | |
| Defendants. | |

    Plaintiff Ali J. Farhat and defendants Hartford Life and Accident Insurance Company ("Hartford") and PricewaterhouseCoopers Health and Welfare Benefit Plan ("PwC Plan"), by and through their attorneys of record herein, hereby stipulate and respectfully request that the hearings of the parties' cross-motions for summary judgment be continued and consolidated for a

1  new hearing date of May 24, 2006, at 9:00 a.m. before the Honorable Phyllis J. Hamilton.

2      Plaintiff filed his motion for summary judgment on March 8, 2006 for hearing on April 12, 2006.  Defendants filed their motion for summary judgment on March 22, 2006 for hearing on May 3, 2006.  In the interests of judicial economy and efficiency, the parties request that the hearings be consolidated.  The court has indicated that it is not available to hear the motions on the previously scheduled hearing dates, and May 24, 2006 is the first available date agreeable to the parties.  The parties agree to complete briefing on the cross-motions as previously scheduled, based on the original hearing dates.

IT IS SO AGREED AND STIPULATED.

DATED: March 28, 2006           LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

By: s/Teresa S. Renaker
TERESA S. RENAKER
CLAIRE KENNEDY-WILKINS
Attorneys for Plaintiff
ALI J. FARHAT

DATED: March 29, 2006           SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  s/ Dennis G. Rolstad
DENNIS G. ROLSTAD
Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and PRICEWATERHOUSECOOPERS HEALTH AND WELFARE BENEFIT PLAN

ORDER

Pursuant to the stipulation set forth above, and good cause appearing, IT IS HEREBY ORDERED that the hearing on the parties' cross-motions for summary judgment will be continued and consolidated to May 24, 2006 at 9:00 a.m.

DATED: 3/30/06

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

UNITED STATES DISTRICT COURT JUDGE