LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
TERESA S. RENAKER  Bar No. 187800
CLAIRE KENNEDY-WILKINS  Bar No. 231897
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff
ALI J. FARHAT

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
MICHELLE Y. MCISAAC  Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY and PRICEWATERHOUSECOOPERS
HEALTH AND WELFARE BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI J. FARHAT,<br><br>        Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and PRICEWATERHOUSECOOPERS HEALTH AND WELFARE BENEFIT PLAN,<br><br>        Defendants. | CASE NO. C05-00797 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING OF THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT TO MAY 31, 2006** |

Plaintiff Ali J. Farhat and defendants Hartford Life and Accident Insurance Company ("Hartford") and PricewaterhouseCoopers Health and Welfare Benefit Plan ("PwC Plan"), by and through their attorneys of record herein, hereby stipulate and respectfully request that the

-1-                                                             CASE NO. C05-00797 PJH
STIP. AND [PROPOSED] ORDER CONTINUING HEARING ON PARTIES' SUMMARY JUDGMENT MTNS

1  hearing of the parties' cross-motions for summary judgment be continued to May 31, 2006, at
2  9:00 a.m. before the Honorable Phyllis J. Hamilton.
3       Good cause exists for the parties' request to reschedule the hearing on cross-motions for
4  summary judgment. Counsel for defendants has had an unanticipated scheduling conflict, and
5  therefore is no longer available on the hearing date previously agreed upon by the parties. The
6  Court has not set a dispositive motion hearing deadline in this case, and briefing on the cross-
7  motions has been completed.
8       IT IS SO AGREED AND STIPULATED.
9  DATED: April 26, 2006          LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

By: _____C. Kennedy-W._____
TERESA S. RENAKER
CLAIRE KENNEDY-WILKINS
Attorneys for Plaintiff
ALI J. FARHAT

DATED: April 26, 2006           SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____Michelle McIsaac /DFM_____
DENNIS G. ROLSTAD
MICHELLE Y. MCISAAC (David F. Mangini, Esq. for)
Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY and PRICEWATERHOUSECOOPERS
HEALTH AND WELFARE BENEFIT PLAN

ORDER

Pursuant to the stipulation set forth above, and good cause appearing, IT IS HEREBY ORDERED that the hearing on the parties' cross-motions for summary judgment will be continued to May 31, 2006 at 9:00 a.m.

DATED: 4/27/06

UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

-2-
CASE NO. C05-00797 PJH
STIP. AND [PROPOSED] ORDER CONTINUING HEARING ON PARTIES' SUMMARY JUDGMENT MTNS