UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI J. FARHAT,

    Plaintiff,

No. C 05-0797 PJH

v.

**JUDGMENT**

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, PRICEWATERHOUSECOOPERS HEALTH AND WELFARE BENEFIT PLAN,

    Defendants.

_____/

This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiff's motion for summary judgment

    it is Ordered and Adjudged

        that the matter is remanded to defendants for an award of benefits.

    IT IS SO ORDERED.

Dated: June 9, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge